**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 1, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No.  08-cv-01883-RPM

| | |
|---|---|
| COLORADO DEPARTMENT OF<br>PUBLIC HEALTH AND ENVIRONMENT,<br>HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION, | David Kreutzer<br>Hannah N-Dulski |

     Plaintiff,
v.

UNITED STATES OF AMERICA,                                                    Alan D. Greenberg
UNITED STATES DEPARTMENT OF DEFENSE,
ROBERT M. GATES,
as UNITED STATES SECRETARY OF DEFENSE,
JOHN J. YOUNG, JR.,
as UNDER SECRETARY OF DEFENSE FOR ACQUISITION,
TECHNOLOGY AND LOGISTICS,
ASSEMBLED CHEMICAL WEAPONS ALTERNATIVES PROGRAM,
KEVIN FLAMM, as PROGRAM MANAGER OF
ASSEMBLED CHEMICAL WEAPONS ALTERNATIVES PROGRAM,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT,
LIEUTENANT COLONEL CHRISTOPHER K. CHESNEY,
as COMMANDER OF UNITED STATES DEPARTMENT OF
THE ARMY PUEBLO CHEMICAL DEPOT,

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Plaintiff's Motion for Partial Summary Judgment**

**10:00 a.m.      Court in session.**

Defendants' client representatives Karen Colmie and Maj Tucker present.

Court's preliminary remarks and states its understanding and view of the case.

10:10 a.m.      Argument by Mr. Kreutzer.

10:34 a.m.      Argument by Mr. Greenberg.

July 1, 2009
08-cv-01883-RPM

| | |
|---|---|
| 10:58 a.m. | Rebuttal argument by Mr. Kreutzer. |
| 11:19 a.m. | Further argument by Mr. Greenberg. |
| 11:28 a.m. | Further argument by Mr. Kreutzer. |

**ORDERED:** **Motion for Partial Summary Judgment, filed October 22, 2008 [3], is taken under advisement.**

**11:30 a.m. Court in recess.**

Hearing concluded.  Total time: 1 hr. 30 min.