**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01883-RPM

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,
HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION,
      Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF DEFENSE,
ROBERT M. GATES, as United States Secretary of Defense,
JOHN J. YOUNG, JR., as Under Secretary of Defense for Acquisition,
      Technology and Logistics,
ASSEMBLED CHEMICAL WEAPONS ALTERNATIVES PROGRAM,
KEVIN FLAMM, as Program Manager of Assembled Chemical Weapons
      Alternatives Program,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT,
LIEUTENANT COLONEL CHRISTOPHER K. CHESNEY, as Commander of
      United States Department of the Army Chemical Depot,

      Defendants.

_____

### JOINT MOTION FOR ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS
_____

      Plaintiff Colorado Department of Public Health and Environment, Hazardous Materials

and Waste Management Division (the "Division") and all Defendants move the Court to enter

judgment in favor of all Defendants on all the Division's claims in accordance with Fed. R. Civ.

P. 54.  As grounds for their motion, the parties assert:

1. The Division's complaint in this action seeks to enforce violations of the land storage prohibition in the Colorado Hazardous Waste Regulations, 6 Colo. Code Reg. 1007-3, § 268.50.

2. On October 22, 2008, the Division filed its Motion for Partial Summary Judgment. The Division's motion sought judgment against Defendants on all issues of liability, including an adjudication of Defendants' defense that the Division's claims are preempted by federal law.

3. On September 22, 2009, the Court denied the Division's Motion for Partial Summary Judgment. Dkt. No. 19. The Court held that "the doctrine of conflict preemption prevents this court from granting the relief requested in the Complaint." Order Denying the Plaintiff's Motion for Partial Summary Judgment, Dkt. No. 19 at 8.

4. The Court's determination that the doctrine of conflict preemption prevents the Division from obtaining the relief it seeks in its Complaint effectively adjudicates all of the Division's claims and all of the Defendants' alleged liabilities in this case.

5. Therefore, the Division and Defendants jointly request the Court to enter judgment in favor of Defendants on all the Division's claims based upon the Court's determination that the doctrine of conflict preemption prevents this Court from granting the relief requested in the Complaint.

WHEREFORE, the Court should enter judgment in favor of Defendants on all claims asserted in the Complaint in this case.

Respectfully submitted,

Counsel for Plaintiffs:

JOHN W. SUTHERS
Attorney General

s/ David E. Kreutzer
_____
DAVID E. KREUTZER
First Assistant Attorney General
Office of the Attorney General
Natural Resources and Environment Section
1525 Sherman Street
Denver, CO 80203
Phone: (303) 866-5667
David.Kreutzer@state.co.us

Counsel for Defendants:

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources
    Division

s/ Alan D. Greenberg
_____
ALAN D. GREENBERG
Environmental Defense Section
U.S. Department of Justice
1961 Stout St. - 8th Floor
Denver, Colorado  80294
Phone: (303) 844-1366
Fax: (303) 844-1350
alan.greenberg@usdoj.gov

October 16, 2009