IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01883-RPM

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,
HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF DEFENSE,
ROBERT M. GATES, as United States Secretary of Defense,
JOHN J. YOUNG, JR., as under Secretary of Defense for Acquisition,Technology and Logistics,
ASSEMBLED CHEMICAL WEAPONS ALTERNATIVES PROGRAM,
KEVIN FLAMM, as Program Manager of Assembled Chemical Weapons Alternatives Program,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT, and
LIEUTENANT COLONEL CHRISTOPHER K. CHESNEY, as Commander of United States
Department of the Army Pueblo Chemical Depot,

    Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT

---

Pursuant to the Joint Motion for Entry of Judgment in Favor of Defendants, filed October 16, 2009 [20], it is

ORDERED that the Clerk shall enter final judgment for the defendants, dismissing all of the plaintiff's claims and awarding costs.

DATED: October 20th , 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge