IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01883-RPM

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,
HAZARDOUS MATERIALS AND WASTE MANAGEMENT DIVISION,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF DEFENSE,
ROBERT M. GATES, as United States Secretary of Defense,
JOHN J. YOUNG, JR., as under Secretary of Defense for Acquisition,Technology and Logistics,
ASSEMBLED CHEMICAL WEAPONS ALTERNATIVES PROGRAM,
KEVIN FLAMM, as Program Manager of Assembled Chemical Weapons Alternatives Program,
UNITED STATES DEPARTMENT OF THE ARMY PUEBLO CHEMICAL DEPOT, and
LIEUTENANT COLONEL CHRISTOPHER K. CHESNEY, as Commander of United States
Department of the Army Pueblo Chemical Depot,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to the Order for Entry of Judgment signed by Senior District Judge Richard P. Matsch, on October 20, 2009, it is

    ORDERED that all of the claims against the defendants are dismissed.  It is

    FURTHER ORDERED that judgment shall enter in favor of defendants United States of America, United States Department of Defense, Robert M. Gates, John J. Young, Jr., Assembled Chemical Weapons Alternatives Program, Kevin Flamm, United States Department of the Army Pueblo Chemical Depot and Lieutenant Colonel Christopher K. Chesney and against plaintiff Colorado Department of Public Health and Environment, Hazardous Materials and Waste Management Division.  It is

FURTHER ORDERED that defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within ten days of the entry of judgment.  It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED: October 20, 2009

        FOR THE COURT:
        Gregory C. Langham, Clerk

           s/J. Chris Smith
By _____
        Deputy Clerk